MELVIN WANSER, Respondent, v. LOUIS ALVIN HUBBARD, Sued Herein as LOUIS HUBBARD, Appellant.— In an action to recover damages for personal injuries sustained by plaintiff as the result of being thrown from an automobile truck owned and operated by defendant, plaintiff had a verdict for $3,000 in the County Court of Nassau county. Judgment reversed on the facts, on the ground that the verdict for damages is against the weight of evidence and is excessive, and a new trial ordered, with costs to appellant to abide the event, unless within ten days from the entry of the order hereon plaintiff stipulate to a reduction of the verdict to $1,500; in which event the judgment, as so reduced, is unanimously affirmed, without costs. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

WESTCHESTER ASBESTOS COMPANY, INC., Respondent, v. FREYN BROS. OF MICH., INC., Appellant, and THE STATE OF NEW YORK, Defendant.— This action for the foreclosure of a mechanic's lien arose in a contract, represented by writings, whereby the plaintiff agreed to do certain work on pipe covering and insulation in the heating contract awarded to the defendant-appellant by the State for the construction of the Hudson River Hospital. The terms in respect to payments were definite, and that said defendant so understood and interpreted them is indicated by its payments in certain months when the work was performed. Then it failed to make its payments as agreed and eventually the plaintiff refused to complete the work because of this breach of the contract. Subsequently it filed a lien; and the amount due thereon has been found by the trial court, which also made findings of fact on other disputed issues. Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Davis, Johnston, Adel and Close, JJ.

## (October 25, 1937.)

In the Matter of the Application of PETER J. DEVINE, Respondent, v. JACOB W. OSMANN, Appellant, Impleaded with JOSEPH P. McCLOSKEY and PHILIP M. KRUG, as Commissioners of Election, etc., of the County of Nassau, etc., and ROBERT C. O'GRADY, Respondents, for a Judicial Review of the Action of the Inspectors of the Primary Election in All of the Nine Election Districts in the City of Long Beach, etc.— Motion to dispense with printing and to hear appeal forthwith granted. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ. [See *post*, p. 787.]

In the Matter of the Application of CHARLES BELOUS, Appellant, for a Peremptory Order of Mandamus against S. HOWARD COHEN and Others, etc., BOARD OF ELECTIONS, etc., Respondents.— On argument, order denying application for a peremptory mandamus order affirmed, without costs. Permission to appeal to the Court of Appeals is denied. Hagarty, Carswell, Johnston, Adel and Close, JJ., concur.